IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| NOVARTIS SEEDS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 97-2925 MJD/JGL |
| ) | |
| MONSANTO COMPANY, ) | **FINAL JUDGMENT AND ORDER OF** |
| ) | **DISMISSAL WITH PREJUDICE** |
| Defendants. ) | |
| ) | |
| ) | |

IT IS ORDERED, ADJUDGED AND DECREED that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by stipulation and agreement of the parties, this case and all claims between Novartis Seeds, Inc., Novartis Seeds AG and Monsanto Company which were asserted herein are hereby dismissed, with prejudice, with each party to bear each its own attorneys fees and costs.

ENTERED this _15th_ day of _Nov_, 1999.

_____
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

NOV 15 1999

FILED_____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____